# IN THE UNITED STATES BANKRUPTCY COURT
# FOR NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE:** | CASE NO. 23-51617 |
| **MILLTOO, LLC** | CHAPTER 11 |
| Debtor. | JUDGE ALAN M. KOSCHIK |
| | **STATE OF OHIO DEPARTMENT OF TAXATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN** |

The State of Ohio, Department of Taxation ("ODT") by and through counsel, hereby object to approval of the Debtor's First Amended Plan of Reorganization Dated April 19, 2024 (ECF Doc. No. 73) (the "Plan") to preserve its rights as to the following.

First, the Plan as proposed does not comply with 11 U.S.C. 1129(a)(9)(C), which requires payments to be completed no later than 5 years after the petition date. Article III.B. of the Plan provides that Allowed Priority Claims will be paid, in full, in cash no later than the Effective Date of the Plan. Pursuant to Article IX.B. of the Plan, the occurrence of the Effective Date is conditioned on the entrance of a Confirmation Order with particular authorization. It is therefore possible, though admittedly unlikely, that the Effective Date, and therefore payment of the Allowed Priority Claims, will occur more than 5 years after the petition date. ODT therefore objects to this provision without clarification that payment under Article III.B. will be made no later than the shorter of 5 years after the petition date or the Effective Date of the Plan.

Second, the Plan's provisions related to Administrative Claims does not recognize 11 U.S.C. 503(b)(1)(D), which specifies that government entities are not required to file requests for payment for administrative claims for certain types of tax and related fines, penalties, or reductions



AMER CUNNINGHAM
CO., L.P.A.
One Cascade Plaza
Suite 1510
Akron, Ohio 44308
Telephone
330.762.2411
Facsimile
330.762.9918
www.amer-law.com

1

in credit. Article III.A. of the Plan provides for two types of administrative claims, general and ordinary course liabilities. Holders of general administrative claims, and ordinary course liabilities contingent on the determination of the Debtor, are subject to a claims bar date occurring 30 days after Plan confirmation in which a request for claim must be filed and served. Article III.A. does not however contemplate that there exists a class of administrative claim that do not need, and are in fact exempted from the need, to a file a request. ODT therefore objects to this provision without further acknowledgement of the effect of 11 U.S.C. 503(b)(1)(D).

Finally, the discharge proposed by the Plan is too vague and its scope may exceed the limitations established by the Bankruptcy Code. Specifically, 11 U.S.C. 1141(d)(6) provides an exemption to discharge for debts related to taxes and fraud or willful evasion. Article XIII of the Plan largely mirrors the language found in 11 U.S.C. 1141(d)(1), but provides not reference to the remainder of that section. ODT would object to this provision to the extent that 1141(d)(6) is meant to be excluded by its omission. While the Plan only briefly references a liquor permit and a management agreement, ODT would remind Debtor of the procedures and obligations under state law related to the transfer of liquor permits, including ORC 4303.26 and OAC 4301:1-1-14, and objects to the extent that the proposed Plan can be construed as an attempt to alter or evade these procedures and obligations.

For these reasons, the State of Ohio respectfully requests the Court deny approval of Debtor's Plan unless the issues identified above are addressed.

> Respectfully submitted,
>
> */s/ Joshua Vaughan*
> Joshua Vaughan (#0090535)
> jvaughan@amer-collect.com
> Amer Cunningham Co., L.P.A.
> One Cascade Plaza, Suite 1510
> Akron, OH 44308-1322

AMER CUNNINGHAM CO., L.P.A.
One Cascade Plaza
Suite 1510
Akron, Ohio 44308
Telephone
330.762.2411
Facsimile
330.762.9918
www.amer-law.com

Ph: 330-762-2411
Fx: 330-762-9918
*Attorney for Special Counsel for*
*State of Ohio Attorney General*

### *CERTIFICATE OF SERVICE*

I certify that on May 23, 2024, a true and correct copy of the foregoing was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

| | | |
|---|---|---|
| **M. Colette Gibbons**<br>colette@mcgibbonslaw.com<br>*(Trustee)* | represented by | **M. Colette Gibbons**<br>colette@mcgibbonslaw.com |
| **Milltoo, LLC**<br>*(Debtor)* | represented by | **Michael A. Steel**<br>msteel@steelcolaw.com |
| **Pearl Road Partners LLC**<br>*(Creditor)* | represented by | **Douglas M. Eppler**<br>deppler@walterhav.com |
| **United States Trustee**<br>*(U.S. Trustee)* | represented by | **Amy Good ust08**<br>amy.l.good@usdoj.gov |
| **Westfield Bank, FSB**<br>*(Creditor)* | represented by | **Kevin Michael Capuzzi**<br>kcapuzzi@beneschlaw.com |

**AND BY REGULAR US MAIL:**

**FC Marketplace, LLC**
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702
*(Creditor)*


/s/ *Joshua Vaughan*
**Attorney for** *Special Counsel to the*
*State of Ohio Attorney General*

AMER CUNNINGHAM
CO., L.P.A.
One Cascade Plaza
Suite 1510
Akron, Ohio 44308
Telephone
330.762.2411
Facsimile
330.762.9918
www.amer-law.com